IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, INC., *Plaintiff* | CIVIL ACTION |
| v. | |
| ANNIE'S POOCH POPS LLC, *et al.*, *Defendants* | No. 20-724 |

## ORDER

**AND NOW**, this 16 day of July, 2020, upon consideration of Plaintiff's Motion to Remand (Doc. No. 6), Plaintiff's Motion to Stay (Doc. No. 17), the responses thereto, and the Court having conducted oral argument on the motions on July 14, 2020, it is **ORDERED** that the Motion to Remand (Doc. No. 6) is **GRANTED IN PART** and **DENIED IN PART**, and the Motion to Stay (Doc. No. 17) is **DEEMED MOOT**. This case is **REMANDED** to the Philadelphia County, Pennsylvania Court of Common Pleas, pursuant to 28 U.S.C. § 1447(c). The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE